UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| Geoffrey Bohanon, | Case No.:  4:21-cv-00337-SDJ |
| Plaintiff, | |
| vs. | |
| Equifax Information Services, LLC. et al. | |
| Defendant. | |

## NOTICE OF SETTLEMENT WITH DEFENDANT
## EQUIFAX INFORMATION SERVICES, LLC.

Plaintiff and Defendant, Equifax Information Services, LLC have agreed to settle this lawsuit and intend to file a Voluntary Dismissal as to Equifax Information Services, LLC, with prejudice, no later than July 7, 2021.

Respectfully submitted,

/s/ Michael B. Halla
Michael B. Halla, Esq.
Texas State Bar No. 00793128
187 Rolling Court
Lancaster, Texas 75146
Telephone: (469) 518.0872
Facsimile: (214) 540.9333
email: mhalla@hallalawfirm.com
*Attorney for Plaintiff*
*Geoffrey Bohanon*

May 10, 2021

## <u>PROOF OF SERVICE</u>

I, Michael B. Halla, hereby state that on May 10, 2021 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

*/s/ Michael B. Halla*